Sonia Margarita **RAMIREZ**, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 06–74111.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 10, 2010.[*]

Filed Aug. 31, 2010.

Russell M. Jauregui, Carlos Vellanoweth, Esq., John Wolfgang Gehart, Esq., Elena Yampolsky, Vellanoweth & Gehart, Los Angeles, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Surell Brady Fax, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Michelle Gorden Latour, Esq., U.S. Department of Justice, Civil Division, Washington, DC, for Respondent.

Before: LEAVY, HAWKINS, and IKUTA, Circuit Judges.

MEMORANDUM [**]

Sonia Margarita Ramirez, a native and citizen of El Salvador, petitions for review

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Urzua Covarrubias v. Gonzales*, 487 F.3d 742, 744 (9th Cir.2007), and we deny the petition for review.

Substantial evidence supports the agency's determination that Ramirez knowingly encouraged and assisted another alien in seeking entry to the United States in violation of law. *See* 8 U.S.C. § 1182(a)(6)(E)(i); *Urzua Covarrubias*, 487 F.3d at 748–49.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.